

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-13-00585-CR

Michael **SUTTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 08-2137-CR
Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment adjudicating guilt signed on August 20, 2013, is modified to reflect "Court Costs" in the amount of $685.00 rather than $1,285.00, and the withdrawal notification signed on August 9, 2013, is modified to reflect "court costs, fees and/or fines and/or restitution" in the amount of $1,665.00 rather than $2,265.00. The judgment adjudicating guilt is AFFIRMED AS MODIFIED. Counsel's motion to withdraw is GRANTED.

SIGNED October 8, 2014.

_____
Karen Angelini, Justice